## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**TRACY RANGE**                                                    **PLAINTIFF**

v.                                    **No. 3:19-cv-241-DPM**

**ANDREW SAUL[*], Commissioner,**
**Social Security Administration**                          **DEFENDANT**

### ORDER

Range has objected to the Magistrate Judge's recommendation, so the Court has reviewed the Commissioner's decision *de novo*. FED. R. CIV. P. 72(b)(3). The ALJ's opinion is thorough:  he considered all of Range's conditions and medications;   likewise, he considered the expert's testimony about all the hypotheticals, including those Range highlights. Substantial evidence on the record as a whole supports the ALJ's decision;  and the Court sees no error of law. *Wright v. Colvin*, 789 F.3d 847, 852 (8th Cir. 2015).   Objections, *Doc. 18*, overruled. Recommendation, *Doc. 17*, adopted. The Court will dismiss Range's complaint with prejudice.

_____

[*] The Court directs the Clerk to update the docket to reflect that Andrew Saul is now the Commissioner.

So Ordered.

D.P. Marshall Jr.
United States District Judge

27 April 2020