# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

TRACY RANGE                                          PLAINTIFF

v.                        No. 3:19-cv-241-DPM

ANDREW SAUL, Commissioner,
Social Security Administration                       DEFENDANT

## JUDGMENT

Range's complaint is dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

27 April 2020